1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. I. Henry Harris* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.

---

No. 694. THOMAS B. STUART ET AL., PETITIONERS, *v.* UNION PACIFIC RAILROAD COMPANY. October 17, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit granted. *Mr. L. T. Michener, Mr. Thomas B. Stuart* and *Mr. Joseph C. Helm* for petitioners. *Mr. Clayton C. Dorsey, Mr. William V. Hodges, Mr. Maxwell Evarts* and *Mr. N. H. Loomis* for respondent.

---

No. 583. WALTER J. GREGORY, PETITIONER, *v.* THE DISTRICT OF COLUMBIA. October 24, 1910. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. A. S. Worthington* for petitioner. *Mr. Edward H. Thomas* and *Mr. William Henry White* for respondent.

---

No. 588. WILLIAM B. KRAFT, PETITIONER, *v.* THE DISTRICT OF COLUMBIA. October 24, 1910. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Daniel W. Baker* and *Mr. Frank J. Hogan* for petitioner. *Mr. Edward H. Thomas* and *Mr. William Henry White* for respondent.

---

No. 652. ABILENE NATIONAL BANK ET AL., PETITIONERS, *v.* JOSEPH N. DOLLEY, BANK COMMISSIONER, ET